**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>Davell L Daniel<br>Monica M Abner<br>　　　Debtor(s) | Case No. 14-04791 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2014.

2) The plan was confirmed on 07/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/04/2017.

6) Number of months from filing to last payment: 46.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,656.00.

10) Amount of unsecured claims discharged without payment: $135,095.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $73,698.10 |
| Less amount refunded to debtor | $6,974.49 |

**NET RECEIPTS:** $66,723.61

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,553.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,053.90

Attorney fees paid and disclosed by debtor: $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,310.00 | 1,310.88 | 1,310.88 | 1,310.88 | 0.00 |
| AURORA LOAN SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 467.00 | 467.00 | 467.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 2,337.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 5,000.00 | 4,873.60 | 4,873.60 | 4,873.60 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 314.00 | 314.35 | 314.35 | 314.35 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| DITECH.COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DITECH.COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Eastern Savings Bank F | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fremont Investment & Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 722.65 | 722.65 | 722.65 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 117.00 | 117.00 | 117.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 550.09 | 550.09 | 550.09 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 8,186.38 | 8,186.38 | 8,186.38 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 6,977.95 | 6,977.95 | 6,977.95 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 418.11 | 418.11 | 418.11 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 0.00 | 1,712.47 | 1,712.47 | 1,712.47 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,904.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 4,450.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 11,381.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | 174.00 | 174.00 | 174.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management | Unsecured | 16,043.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,461.99 | 1,461.99 | 1,461.99 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 659.41 | 659.41 | 659.41 | 0.00 |
| Salute/utb | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| Saxon Mortgage Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State of Illinois Dept. of Revenue | Priority | 1,100.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 143,000.00 | 229,664.15 | 244,274.39 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | NA | 14,610.24 | 14,610.24 | 14,610.24 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 93,513.00 | NA | NA | 0.00 | 0.00 |
| Victoria's Secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wachovia Mortgage/World Savings and L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wachovia Mortgage/World Savings and L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 16,700.00 | 16,518.38 | 16,518.38 | 16,518.38 | 1,595.21 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $244,274.39 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,610.24 | $14,610.24 | $0.00 |
| Debt Secured by Vehicle | $16,518.38 | $16,518.38 | $1,595.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$275,403.01** | **$31,128.62** | **$1,595.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $722.65 | $722.65 | $0.00 |
| **TOTAL PRIORITY:** | **$722.65** | **$722.65** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,223.23** | **$27,223.23** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $6,053.90 |
| Disbursements to Creditors | $60,669.71 |
| **TOTAL DISBURSEMENTS** : | **$66,723.61** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2018                         By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**